**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK (BROOKLYN)**

---

DAVID SALLE,
Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC;
Defendants.

CASE NO. 1:26-cv-5235

**TRANS UNION LLC'S NOTICE OF REMOVAL**

---

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union LLC, ("Trans Union") hereby removes the subject action from the Supreme Court of the State of New York, County of Kings, to the United States District Court for the Eastern District of New York, on the following grounds:

1. Plaintiff served Trans Union on or about August 11, 2026, with a Summons and Complaint, in the Supreme Court of the State of New York, County of Kings. Copies of the Summons and Complaint are attached hereto, as **Exhibit A** and **Exhibit B**, respectively. Trans Union was also served with a Notice of Electronic Filing, a copy of which are attached hereto as **Exhibit C**. Trans Union has not been served with any other process, pleadings or orders.

2. Plaintiff makes claims under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. (the "FCRA"), alleges that Trans Union violated the FCRA, and alleges that Trans Union is liable under the FCRA. *See generally* Complaint.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, *et seq.,* this cause may be removed from the Supreme Court of the State of New York, County of Kings, to the United States District Court for the Eastern District of New York.

5. As of the date of this Notice Of Removal, Defendants Equifax Information Services LLC ("Equifax") and Experian Information Solutions, Inc. have been served. Counsel for Trans Union has contacted counsel for Equifax and Experian and they have consented to this removal as evidenced by the consents attached hereto as **Exhibit D** and **Exhibit E**.

6. Notice of this removal will promptly be filed with the Supreme Court of the State of New York, County of Kings, and served upon all adverse parties.

WHEREFORE, Defendant Trans Union LLC, by counsel, removes the subject action from the Supreme Court of the State of New York, County of Kings, to this United States District Court, Eastern District of New York.

Date: August 25, 2026

Respectfully submitted,

*/s/ Camille R. Nicodemus*

Camille R. Nicodemus, Esq. (NY #2807451)
Quilling, Selander, Lownds, Winslett
& Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone: (317) 497-5600, Ext. 601
Fax: (317) 899-9348
E-Mail: cnicodemus@qslwm.com

*Counsel for Defendant Trans Union LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **25th day of August, 2026**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| None. | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **25th day of August, 2026** properly addressed as follows:

| | |
|---|---|
| **for Plaintiff David Salle**<br>Adam G. Singer, Esq.<br>Law Office of Adam G. Singer, PLLC<br>60 E. 42nd Street, Suite 4600<br>New York, NY 10165<br>asinger@adamsingerlaw.com | |

*/s/ Camille R. Nicodemus*
Camille R. Nicodemus, Esq. (NY #2807451)
Quilling, Selander, Lownds, Winslett
& Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone: (317) 497-5600, Ext. 601
Fax: (317) 899-9348
E-Mail: cnicodemus@qslwm.com

*Counsel for Defendant Trans Union LLC*